**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts    **Category No.** II    **Investigating Agency** ATF

**City** Lawrence (and others)

**Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____    Case No. 26-mj-8122-PGL

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number 25-mj-875-77; 25-mj-8548; 26-mj-8107-8117

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 26-mj-8118-21-PGL; 26-mj-8123-PGL    ☑ Yes  ☐ No

Defendant Name   Eddy Pena                      Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: _____

Birth date (Yr only): 2007    SSN (last 4#): ____    Sex: M    Race _____    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Brian Sullivan                Bar Number if applicable: 676186

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Spanish

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 5/13/2026    Signature of AUSA: */s/ Brian J. Sullivan*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Eddy Pena

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to engage in the business of dealing firearms without a license | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to engage in the business of dealing firearms without a license | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013